The Honorable Ricardo S. Martinez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br><br>v.<br><br>KEENAN A. GRACEY,<br><br>Defendant. | NO. CR19-001RSM<br><br>PROTECTIVE ORDER |

Upon the unopposed motion of the United States, and the Court being advised as to the nature of this case, it is hereby:

ORDERED, that pursuant to Rule 16(d)(1), Federal Rules of Criminal Procedure, (1) neither defense counsel nor defendant shall provide or make available discovery material, or information derived from discovery material, to any person other than the defendant or persons assisting defense counsel in the preparation of the defense (collectively, the "Defense Team"); and (2) no member of the Defense Team shall use discovery material produced in this matter for any purpose other than the preparation of the defense in this matter.

Notwithstanding the foregoing, nothing in this Order shall prevent the Defense Team from filing discovery material with the Court, or using discovery material during

United States v. Keenan Gracey
Protective Order- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Court hearings, provided that any financial or personal information is either redacted or filed under seal.

DATED this 2nd day of April, 2019.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Seth Wilkinson*
SETH WILKINSON
Assistant United States Attorney

United States v. Keenan Gracey
Protective Order- 2