Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KEENAN GRACEY<br><br>Defendant. | No. 2:19-cr-00001<br><br>Order Granting United States' Motion to Authorize Sale of Seized Property |

The United States of America moved for an order authorizing the Federal Bureau of Investigation to sell four items of personal property that it seized from Defendant/Judgment Debtor Keenan Gracey (Mr. Gracey) during the investigation of this case. The United States' Motion further sought an order directing the FBI to deliver the net proceeds of the sale and $102.00 seized cash to the Clerk of Court, to be applied to Mr. Gracey's criminal judgment debt. The Court has reviewed the United States' motion and any response and reply thereto.

For the reasons stated in the United States' Motion, the Court finds that the United States may enforce its judgment lien by selling the following items and applying the net proceeds to Mr. Gracey's judgment debt in this case: (1) a sterling silver bracelet, (2) a Gucci sterling silver cross on a sterling silver chain necklace, (3) a designer (Hermes) leather belt, and (4) a men's

[Proposed] Order Granting United States' Motion
to Authorize Sale of Seized Property
*United States v. Keenan Gracey*, No. 2:19-cr-00001 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Breitling "Super Avenger" 1884 Chronometer (watch) set with hundreds of small diamonds (together, the Seized Property). Further, both the judgment lien and common law offset principles authorize the United States to apply the $102.00 in U.S. currency it seized from Mr. Gracey to the judgment debt.

Accordingly, the United States' Motion to Authorize Sale of Seized Property is GRANTED. The FBI is authorized to liquidate the Seized Property in a commercially reasonable manner via online auction with Gaston & Sheehan Auctioneers, Appraisers, and Realty.

After payment of commissions, costs, and other expenses incurred storing, maintaining, and selling the Seized Property, the FBI shall deliver all net proceeds, plus the $102.00 seized U.S. currency, to the Clerk of this Court, to be applied to Mr. Gracey's judgment debt in this case. Within 60 days after the entry of this order, the FBI shall file a Return and Report of Sale, specifying the terms of the sales, costs, expenses, and net proceeds.

DATED this 17th day of March, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Kyle A. Forsyth*
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney

[Proposed] Order Granting United States' Motion
to Authorize Sale of Seized Property
*United States v. Keenan Gracey*, No. 2:19-cr-00001 - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970